199 So.2d 917

## HARRY BOURG CORPORATION

v.

## UNION PRODUCING COMPANY et al.

No. 48717.

June 6, 1967.

In re: Harry Bourg Corporation applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of Terrebonne. 197 So.2d 172.

Writ refused. No error of law in the judgment of the Court of Appeal.

199 So.2d 917

### James I. WILSON

v.

### Patrick DeJEAN et al.

No. 48718.

June 6, 1967.

In re: Patrick DeJean et al., applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of East Feliciana. 197 So.2d 134.

Writ refused. On the facts found by the Court of Appeal, we find no error of law in its judgment.